UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAIN, ET AL. | * CIVIL ACTION NO. 2:15-cv-04479 |
| *Plaintiff* | * |
| | * |
| VERSUS | * |
| | * JUDGE SARAH S. VANCE |
| | * |
| CITY OF NEW ORLEANS ET AL. | * MAG. JUDGE JOSEPH C. |
| *Defendants* | * WILKINSON, JR |

*****************************************************************************

## ORDER

Considering the Ex Parte Motion for Expedited Hearing on Motion for Extension of Time to Intervene:

IT IS ORDERED that Mover's Motion for Extension of Time to Intervene be set for expedited hearing on the 6th day of April, 20___ at _____ o'clock a.m./p.m..

**MOOT**

New Orleans, Louisiana, this __6th__ day of __April__ 2016.

_____
Honorable Judge Sarah S. Vance
Eastern District of Louisiana