MINUTE ENTRY
WILKINSON, M.J.
JANUARY 10, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALANA CAIN ET AL. | CIVIL ACTION |
| VERSUS | NO. 15-4479 |
| CITY OF NEW ORLEANS ET AL. | SECTION "R" (2) |

Pursuant to the court's previous orders, Record Doc. Nos. 215 and 218, a telephone conference was conducted in this matter on this date. Participating were: Mateya Kelley and Alec Karakatsanis, representing plaintiffs; Celeste Brustowicz, representing defendants.

The status of settlement discussions was addressed. No settlement appears reachable. Counsel are continuing to work on a stipulation of facts that may facilitate and streamline dispositive motion practice, including ongoing production by defendants of documents necessary to do so.

Having conferred with Judge Vance, IT IS ORDERED that formal discovery, further briefing concerning pending dispositive motions, and filing of new dispositive motions remains STAYED, pending issuance of a new scheduling order after a future status conference to be conducted by the court.

MJSTAR: 0 : 30

IT IS FURTHER ORDERED that a separate status conference concerning ongoing efforts to confect a fact stipulation and records production related to that effort will be conducted by me by telephone on February 2, 2017 at 10:30 a.m.

                                      JOSEPH C. WILKINSON, JR.
                                    UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. SARAH S. VANCE**