UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALANA CAIN, ET AL. ) | CIVIL ACTION NO. 15-4479 |
| ) | |
| ) | (CLASS ACTION) |
| v. ) | |
| ) | JUDGE VANCE |
| THE CITY OF NEW ORLEANS, ET AL. ) | |
| ) | MAGISTRATE WILKINSON |

## JUDICIAL DEFENDANTS' OPPOSITION TO
## PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

**May It Please The Court:**

This memorandum is filed by the Judicial Defendants in opposition to plaintiffs' Request for Judicial Notice in Support of Motion for Partial Summary Judgment (Doc. 251-4). Defendants submit that the request is frivolous on its face, trust that the Court sees it as such, and urge the Court to reject it out of hand.

Plaintiffs' request that this Court take judicial notice of separate amicus briefs filed in other litigation by, respectively, the Department of Justice and the American Bar Association constitutes nothing more than a transparent backdoor attempt to circumvent this Court's Order of March 14, 2017 (Doc. 237), setting a 50 page limit on the memorandum each side was to submit in support of their respective cross-motions for summary judgment.  Plaintiffs cite Federal Rule of Evidence 201 in support of their request but a reading of the plain language of the rule reveals that plaintiffs' reliance on the rule is wholly misplaced.  The rule deals with judicial notice of adjudicative **facts** not subject to reasonable dispute.  Plaintiffs here are not asking the Court to take notice of any **fact**

{00651047 - v1}

relevant to their cross-motion; certainly, the **fact** that the DOJ and ABA filed amicus briefs in other litigation pending in another jurisdiction is in no way relevant to or supportive of, one way or the other, their cross-motion.  If the Eleventh Circuit appellate proceeding in which the DOJ and ABA briefs were filed resulted in a ruling that supports the legal arguments proffered by plaintiffs in their cross-motion they need to formally cite the Eleventh Circuit opinion as supporting authority and defendants can attack or distinguish that authority as appropriate.  However, by simply asking this Court to take judicial notice of, not the Eleventh Circuit's ruling and any legal analysis contained therein, but **briefs** filed by entities that weren't even parties to the case confirms plaintiffs' intent to skirt the 50 page limit on briefs to the tune of the 23 pages of argument contained in the DOJ brief and the 28 pages contained in the ABA brief which, on top of plaintiffs' own 50 page brief, would effectively result in plaintiffs submitting a 100 page brief.[1]

The Fifth Circuit case cited by plaintiffs themselves in support of their request[2] itself makes clear that the scope of judicial notice, as contemplated by Rule 201, extends only to **facts.**  Plaintiffs here are not asking the Court to take judicial notice of any **facts** or even the holding of another court; rather, they simply seek to have the Court consider, over and above their own 50 page brief, an additional 50 pages of **argument.**  The **fact** that the DOJ and ABA filed briefs in the Eleventh Circuit matter is not relevant to anything before this Court.  The **fact** that the DOJ and ABA in other litigation may have advanced arguments similar to plaintiffs herein is similarly irrelevant. There is no valid reason under Rule 201 why this Court should take judicial notice of briefs filed and legal arguments made by the DOJ, ABA, or anyone else in other litigation; the Judicial Defendants accordingly urge the Court to deny plaintiffs' Request for Judicial Notice.

---

[1] By comparison, the joint brief filed the Judicial Defendants and Sheriff totals 31 pages of argument.
[2] *Taylor v. Charter Med. Corp.,* 162 F.3d 827 (5th Cir. 1998).

{00651047 - v1}

Respectfully submitted,

/s/ Celeste Brustowicz

**Burglass and Tankersley, LLC**
Dennis J. Phayer (#10408) (T.A.)
dphayer@burglass.com
Celeste Brustowicz (#16835) (T.A.)
cbrustowicz@burglass.com
Christopher K. Tankersley (#19176)
ctankersley@burglass.com
Elizabeth A. Doubleday (#34916)
edoubleday@burglass.com
5213 Airline Drive
Metairie, LA 70001
Tel: (504) 836-0428
Fax: (504) 287-0468
*Attorneys for:* Judicial Administrator Robert Kazik, Honorable Judge Laurie A. White, Honorable Judge Tracey Flemings-Davillier, Honorable Judge Benedict Willard, Honorable Judge Keva Landrum-Johnson, Honorable Judge Robin Pittman, Honorable Judge Byron C. Williams, Honorable Judge Camille Buras, Honorable Judge Karen K. Herman, Honorable Judge Darryl Derbigny, Honorable Judge Arthur Hunter, Honorable Judge Franz Zibilich, and Magistrate Judge Harry Cantrell

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2017, a copy of the foregoing pleading has been forwarded to all counsel of record via CM/ECF filing through the United States District Court system, email, and/or United States Mail.

/s/Celeste Brustowicz

{00651047 - v1}