IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA



ALANA CAIN, etc.
Plaintiffs
v.
CITY OF NEW ORLEANS, etc.
Defendants

2:15-cv-04479-SSV-JCW
Complaint-Class Action
Section R

Class Action Complaint
**Notice of Appeal**

On July 5th, 2017 (See attachment 1) I received a Notice of Deficient Filing. I cured the deficient filing on July 6th, 2017. See attached USPS receipt (Attachment 2) with tracking number. The pleading was delivered on July 10th, 2017 at 7:51 AM. The court refuses to docket the procedural correct Motion to Join. Included in the package were:

Notice of Submission (This corrected the deficient filing)
Motion to Join (Filed with EDLA and served attorneys of record July 1st, 2017)
Motion for Summary Judgement (Filed with EDLA and served with attorneys of record July 1st, 2017)
Supplemental Motion for Summary Judgement (Filed with EDLA and served with attorneys of record July 4th, 2017)
Second Supplemental Motion for Summary Judgement (Filed with EDLA and served attorneys of record July 6th, 2017)

I have standing and cause which should have resulted in my being included in the class action complaint. The testimony and evidence that I can provide will absolutely ensure that the plaintiffs and justice prevail. Refusing to docket and address my Motion to Join is a violation of my First Amendment Rights, a violation of the plaintiff's First Amendment Rights and the violation of all American's First Amendment Rights.


Godspeed.
Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086


Certificate of Service
I hereby certify that I have served a copy of this document on all counsel of record either in person, Pacer, email or by mailing it postage prepaid on this 17th, day of July, 2017.

_____
Signature

TENDERED FOR FILING

JUL 2 0 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

_____ Fee _____
_____ Process_____
_X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No._____

A1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOTICE OF DEFICIENT FILING
June 30, 2017

TO:  DAVID ANDREW CHRISTENSON
     P.O. Box 9063
     MIRAMAR BEACH, FL 32550

SUBJECT:  Cain, et al. vs. City of New Orleans, et al.   15-4479 R(2)

Your Motion to Join has been received but is deficient as noted below:

_____ 1.   The Clerk's Office is unable to provide you with the
            information you are requesting.
            **Therefore, your document is being returned to you.**

_____ 2.   The Court is unable to act on the subject matter of your
            letter except in the context of a formal lawsuit.
            **Therefore, your document is being returned to you.**

_____ 3.   The Clerk's Office is unable to provide legal advice to
            individuals on how to proceed with a lawsuit.
            **Therefore, your document is being returned to you.**

_____ 4.   The records of this Court do not show that there is any
            pending case related to you at this time.
            **Therefore, your document is being returned to you.**

_____ 5.   Your document appears intended for a different court.
            **Therefore, your document is being returned to you.**

_____ 6.   You should not correspond directly with the Magistrate
            Judge or District Judge about your lawsuit. All pleadings
            and correspondence should be addressed to the Clerk of
            Court.
            **Therefore, your document is being returned to you. You must
            adhere to this rule in any future filings.**

_____ 7.   All pleadings and other papers filed must be on 8½" x 11"
            paper, double spaced, and legibly handwritten or typed.  If
            the document consists of more than two (2) pages, each page
            of the document must bear a sequential number, beginning
            with "2" for the second page.  Standard font must be used.
            The Court may refuse to consider text presented in less
            than standard font, such as small or fine typeface.  All
            margins must be no less on 1".  No print or writing may
            appear in the margins. See Local Rule 10.1.
            **You must adhere to this rule in any future filings.**

_____ 8.   The clerk is not required to file any document or render
            any service for which a fee is legally collectible unless
            the fee for the service has been paid in advance.   The
            plaintiff has 21 days from the date of this notice to
            submit $400.00 for the cost of filing a civil complaint.

A1

If the plaintiff cannot afford the filing fee, the plaintiff must ask the Court to proceed as a pauper.  A form for this purpose is attached.
**Please submit the filing fee or return the completed form within <u>21 calendar days</u> from the date of this letter.**

> **If you are incarcerated and are applying for pauper status you must submit a certified copy of your trust fund account statement or the institutional equivalent for the 6-month period immediately preceding the filing of the complaint, habeas corpus or notice of appeal obtained from the appropriate official of each prison at which you are or were confined.**

_____ 9.  The clerk is not required to file any document or render any service for which a fee is legally collectible unless the fee for the service has been paid in advance.  The plaintiff has 21 days from the date of this notice to submit $5.00 for filing a petition for habeas relief and habeas related mandamus.  If the plaintiff cannot afford the filing fee, the plaintiff must ask the Court to proceed as a pauper. A form for this purpose is attached.
**Please submit the filing fee or return the completed form within <u>21 calendar days</u> from the date of this letter.**

_____ 10.  A writ of habeas corpus submitted by a person in state custody, a § 1983 prisoner suit, a motion to vacate, and a request for pauper status all should be submitted on an approved form.  This form has been enclosed for your convenience.
**Please return the completed form within <u>21 calendar days</u> from the date of this letter.**

_____ 11.  The cost of filing an appeal is $505.00.  If you apply for pauper status when bringing an appeal, you must submit an affidavit that includes a statement of all assets you possess and that you are unable to pay the fee.  This form has been enclosed for your convenience.
**Please submit the filing fee or return the completed form within <u>21 calendar days</u> from the date of this letter.**

> **If you are incarcerated and are applying for pauper status you must submit a certified copy of your trust fund account statement or the institutional equivalent for the 6-month period immediately preceding the filing of the complaint, habeas corpus or notice of appeal obtained from the appropriate official of each prison at which you are or were confined.**

_____ 12.  Every paper filed, after the complaint, must bear the name of this Court, the title, docket number, section, and magistrate judge number.  See Local Rule 10.1.
**Please return the completed form within <u>21 calendar days</u> from the date of this letter.**

A1



_____ 13.   A complaint, affidavit or other pleading submitted to the
              Clerk for filing must bear an original signature.  A copy
              is not sufficient.  See Local Rule 11.1.
              **Please return the completed form within <u>21 calendar days</u>
              from the date of this letter.**

_____ 14.   The filer's name, address, and telephone number shall be
              typed or printed below the signature. See Local Rule 11.1.
              **Please return the completed form within <u>21 calendar days</u>
              from the date of this letter.**

_____ 15.   The complaint and any other pleading must be signed by the
              filer personally unless filer is represented by a member of
              the bar of this Court.  If the filer is represented,
              pleadings must be signed and submitted by counsel.  See
              Local Rule 11.1.
              **Please return the completed form within <u>21 calendar days</u>
              from the date of this letter.**

_____ 16.   The names of all parties must be listed on the front of
              your complaint.  Do not use "ET AL."
              **Please return the completed form within <u>21 calendar days</u>
              from the date of this letter.**

_____ 17.   Every pleading shall bear a certificate by the party who
              files it that copies have been served on all parties or
              their counsel of record by hand or by mail.  See Local Rule
              5.4.
              **You must adhere to this rule in any future filings.**

__X__ 18.     Parties filing a motion shall, at the time of filing,
              notice it for submission.  See Local Rule 7.2.
              **Please return the completed form within <u>21 calendar days</u>
              from the date printed at the top of this letter.**

_____ 19.   Except as noted in Local Rule 7.3, all motions shall be
              accompanied by a memorandum in support.  See Local Rule
              7.4. **Please return the completed form within <u>21 calendar
              days</u> from the date of this letter.**

_____ 20.   Pleadings may not be supplemented without permission of the
              Court.  See Local Rule 7.4.
              **Please provide the motion for leave to supplement and
              return the document within <u>21 calendar days</u> of the date of
              this letter.**

_____ 21.   Consent or ex parte motions, which need not be noticed for
              submission, shall be accompanied by a proposed order.  See
              Local Rule 7.3.
              **Please provide the proposed order and return the document
              within <u>21 calendar days</u> of the date of this letter.**

_____ 22.   Once an answer has been filed, a complaint may not be
              amended or supplemented without permission of the Court.
              See Local Rule 7.6.

A1

Please provide the motion for leave to amend or supplement the complaint and return the document within <u>21 calendar days</u> of the date of this letter.

_____23.   Discovery requests and responses thereto must not be filed until they are used in a proceeding before the Court or until the Court grants an order allowing the filing of the document.  Federal Rule of Civil Procedure 5(d). **Therefore, your document is being returned to you.**

_____24.   28 U.S.C. § 1654 precludes a corporation from appearing through a lay person.  A corporation must be represented by an attorney qualified to practice before this Court. **Therefore, your document is being returned to you.**

_____25.   The record of this matter reflects you are represented by counsel.  All pleadings regarding this case must be filed through your counsel of record. All future inquires and correspondence regarding this case should be directed to your attorney of record. **You must adhere to this rule in any future filings.**

_____26.   The Clerk's office is unable to provide you with free copies without an order of the Court.  Copies are available at the cost of 50 cents per page.  The copies which you requested consist of Click here to enter text. pages, therefore, the cost of the copies you requested is Click here to enter text.. **You must remit payment before copies can be provided.**

_____27.   This office is unable to provide transcripts to individuals free of cost unless so ordered by the Court.  You may contact the court reporter at the address listed below to make the necessary financial arrangements.

_____28.   OTHER:

If you have been instructed to provide additional information, please act immediately, and provide the required documents within the time frame indicated above; otherwise, a judicial officer will be notified of your failure to comply.

WILLIAM W. BLEVINS
CLERK OF COURT

By:

Deputy Clerk

Respond to:
Clerk, U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Rev. 7/21/14

A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**PLAINTIFF(S)** _____

**CIVIL ACTION**

**VERSUS**

No. _____

_____

**SECTION:** _____

**DEFENDANT(S)**

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion _____ is

hereby set for submission before District Judge/Magistrate Judge _____on

_____ at _____ ___.m.

_____
(Signature)

_____
(Name)

_____
(Address)

_____
(City)          (State)      (Zip)

_____
(Telephone)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy
of this document on all counsel of record
either in person or by mailing it postage
prepaid on this _____ day of
_____, 20_____.

_____
(SIGNATURE)

A2

```
=============================================
            MIRAMAR BEACH
       322 MIRAMAR BEACH DR
            MIRAMAR BEACH
                 FL
             32550-8033
             1112510954
07/06/2017     (800)275-8777    10:34 AM
=============================================

=============================================
Product                 Sale        Final
Description              Qty         Price

PM 2-Day                  1          $7.10
    (Domestic)
    (NEW ORLEANS, LA  70130)
    (Weight:0 Lb 13.30 Oz)
    (Expected Delivery Day)
    (Saturday 07/08/2017)
    (USPS Tracking #)
    (9505 5134 4387 7187 1512 26)
Insurance                 1          $0.00
    (Up to $50.00 included)
PM 2-Day                  1          $7.10
    (Domestic)
    (NEW ORLEANS, LA  70130)
    (Weight:0 Lb 13.20 Oz)
    (Expected Delivery Day)
    (Saturday 07/08/2017)
    (USPS Tracking #)
    (9505 5134 4387 7187 1512 33)
Insurance                 1          $0.00
    (Up to $50.00 included)
US Flag Bklt/2            1          $9.80
0
    (Unit Price:$9.80)

Total                               $24.00

Credit Card Remitd                  $24.00
    (Card Name:MasterCard)
    (Account #:XXXXXXXXXXXX1885)
    (Approval #:02345Z)
    (Transaction #:321)

Includes up to $50 insurance


*****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*****************************************

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.


Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.


*****************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
*****************************************


    All sales final on stamps and postage
    Refunds for guaranteed services only
         Thank you for your business
```

A3

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson

In re:
ALANA CAIN, etc.                              17-XXXXX Please assign case
Plaintiffs                                    number
v.                                            Complaint-Class Action
CITY OF NEW ORLEANS, etc.
Defendants
(EDLA 2:15-cv-04479-SSV-JCW)

Notice of Appeal

Please reference the Notice of Appeal that was filed with the District Court for Eastern Louisiana.


Godspeed.

Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com (Please notice both email addresses.)
dchristenson6@hotmail.com
504-715-3086

Certificate of Service
I hereby certify that I have served a copy of this document on all counsel of record either in person,
Pacer, email or by mailing it postage prepaid on this 17th, day of July, 2017.

_____
Signature



PENSACOLA FL 325

17 JUL 2017 PM 1 L

Christensen
Box 9063
MIKAmAn BEACH, FL
32558

Clerk
EOLA
500 Poydras Street
New Orleans, LA
70130

70130-331558