UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALANA CRAIN, ET AL. | CIVIL ACTION |
| VERSUS | NO. 15-4479<br>C/W 16-14439 |
| CITY OF NEW ORLEANS, ET AL. | SECTION "R"(3) |

## ORDER SETTING ORAL ARGUMENT

IT IS ORDERED that oral argument is hereby set for WEDNESDAY, OCTOBER 11, 2017 at 10:30 a.m. on the motion by the Judicial Defendants and the Sheriff for Summary Judgment (Rec. Doc. No. 250) and the motion by plaintiffs for partial summary judgment (Rec. Doc. No. 251).

**New Orleans, Louisiana, this 6th day of September, 2017.**

_____
**SARAH S. VANCE
UNITED STATES DISTRICT JUDGE**