MINUTE ENTRY
VANCE, J.
OCTOBER 11, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALANA CAIN, ET AL. | CIVIL ACTION |
| VERSUS | NO.  15-4479 c/w 16-14439 |
| CITY OF NEW ORLEANS, ET AL. | SECTION "R" (2) |

CASE MANAGER: JAY SUSSLIN
COURT REPORTER: TONI TUSA

ORAL ARGUMENT
Cross-Motions for Summary Judgment
(Rec. Doc. No. 250 and 251)

APPEARANCES:    SEE ATTACHED SHEET

Case called.
Counsel appear for the record.
Motions argued.
Motion taken under advisement.
Counsel thanked and excused.
Court adjourned.

JS10: 01:30

| NAME | Cain, et al v. New Orleans City, et al. |
|---|---|

| CIVIL ACTION NO. | 15-4479 |
|---|---|
| CRIMINAL ACTION NO. | |

| PRE-TRIAL CONFERENCE | |
|---|---|
| STATUS CONFERENCE | |
| ORAL ARGUMENT | XXX |

| DATE | October 11, 2017 | TIME | 10:30 a.m. |
|---|---|---|---|

**PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Celeste Brustowicz | Burglass + Tankersky | Judicial Ds |
| DENNIS PHAYER | B + T | JUDICIAL DEFENDANTS |
| Blake Arcuri | OPSO | Sheriff |
| Mateya Kelley | Lawyers' Committee | Plaintiffs |
| Bill Quigley | Loyola | Plaintiffs |
| Alec Karakatsanis | Civil Rights Corp | Plaintiffs |
| Anna Lellelid | Lellelid Law firm | " |

| JS-10: | Time Reported: |
|---|---|
| Time In: _____ | Pretrial Order Signed: Yes / No |
| Time Out: _____ | If No, Minute Entry Issued: Yes / No |