UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALANA CAIN, ET AL.                                        CIVIL ACTION

VERSUS                                                           NO. 15-4479

CITY OF NEW ORLEANS, ET AL.                      SECTION "R" (2)

## ORDER

Because of a conflict in the Court's calendar, the status conference scheduled on Thursday, February 1, 2018, is hereby continued to 3:00 p.m. on the same date.

New Orleans, Louisiana, this __30th__ day of January, 2018.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

1