UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALANA CAIN, ET AL. | CIVIL ACTION |
| VERSUS | NO. 15-4479 |
| CITY OF NEW ORLEANS, ET AL. | SECTION "R" (2) |

## ORDER

IT IS ORDERED that the Court's January 30, 2018 order resetting the February 1, 2018 status conference to 3:00 p.m. is hereby withdrawn. The conference will go forward at 2:00 p.m. that day as originally set.

New Orleans, Louisiana, this  30th   day of January, 2018.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE