UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALANA CAIN ET AL. | CIVIL ACTION |
| VERSUS | NO. 15-4479 |
| NEW ORLEANS CITY ET AL. | SECTION "R" (2) |

## **ORDER**

As requested by the parties and as ordered by Judge Vance, a telephone status conference will be conducted on February 7, 2018 at 3:00 p.m. to discuss settlement possibilities.

New Orleans, Louisiana, this ___5th___ day of February, 2018.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE