MINUTE ENTRY
WILKINSON, M. J.
FEBRUARY 7, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALANA CAIN ET AL. | CIVIL ACTION |
| VERSUS | NO. 15-4479 |
| NEW ORLEANS CITY ET AL. | SECTION "R" (2) |

A telephone status conference was held on this date to discuss settlement possibilities. Participating were: Alec Karakatsanis and Mateya Kelley, counsel for plaintiffs; Celeste Brustowicz, counsel for the Criminal District Court defendants; Blake Arcuri, counsel for the Orleans Parish Sheriff. Further settlement discussions will occur as follows:

The Sheriff's counsel will contact the New Orleans City Attorney and then confer with plaintiffs' counsel and the court to schedule a date for a settlement conference to address plaintiffs' claims against the sheriff and the City.

Substantial agreement on resolution of the Bearden aspects of plaintiffs' claims against the Criminal District court defendants appears possible, with one principal issue requiring further discussion. Counsel for both sides will draft their proposals on the

MJSTAR:  0:50

Bearden issues and submit them to me for review, discussion and determination of how further discussions might occur.

Counsel for the Criminal District Court defendants will confer with her clients and advise me whether further presentation by plaintiffs' counsel as to the remaining issues might be beneficial.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE