UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALANA CAIN ET AL. | CIVIL ACTION |
| VERSUS | NO. 15-4479 |
| NEW ORLEANS CITY ET AL. | SECTION "R" (2) |

## ORDER

As requested by the parties, a **Settlement Conference** is set in this case on **MARCH 19, 2018 at 2:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B409, New Orleans, Louisiana. The conference will include only the following participants: William Quigley and Alec Karakatsanis, counsel for plaintiffs; Blake Arcuri, counsel for defendant Sheriff Marlin Gusman; and defendant New Orleans City's attorney.

New Orleans, Louisiana, this __28th__ day of February, 2018.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. SARAH S. VANCE**