MINUTE ENTRY
WILKINSON, M. J.
MARCH 19, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALANA CAIN ET AL. | CIVIL ACTION |
| VERSUS | NO. 15-4479 |
| NEW ORLEANS CITY ET AL. | SECTION "R" (2) |

A settlement conference was conducted on this date before the undersigned magistrate judge. Settlement discussions concerning the individual claims of the eight named plaintiffs against the Sheriff are ongoing. Counsel for the Sheriff will advise me no later than Friday, March 23, 2018, of the sheriff's settlement position.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. SARAH S. VANCE**

MJSTAR: 2:25