# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 18-30352

_____

ALANA CAIN, et al,

    Plaintiffs

v.

NEW ORLEANS CITY, et al,

    Defendants

v.

DAVID ANDREW CHRISTENSON,

    Movant - Appellant

_____

Appeal from the United States District Court for the
Eastern District of Louisiana

_____

**A True Copy**
Certified order issued May 03, 2018

*Tyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of May 3, 2018, for want of prosecution. The appellant failed to timely pay the fee, and to order transcript and make financial arrangements with the court reporter.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Mary Stewart*

By: _____
Mary C. Stewart, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT