## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| ALANA CAIN, et al., | Case No. 2:15-4479-SSV |
| Plaintiffs, | (Class Action) |
| v. | Judge Sarah S. Vance, Sec. R(2) |
| CITY OF NEW ORLEANS, et al., | Mag. Judge Joseph C. Wilkinson, Div. 2 |
| Defendants. |  |

## ORDER

Considering Plaintiffs' Unopposed Motion to Reschedule oral argument currently scheduled on June 20, 2018 for 10:00 a.m. regarding Defendants' Motion for Summary Judgment on Count 6 and Plaintiffs' Motion To Certify A Class;

IT IS ORDERED that the scheduled hearings in the above-referenced matter will be rescheduled for ___2:00___ p.m. on the ___20th___ day of ___June___, 2018.

Singed in New Orleans, Louisiana, on the ___29th___ day of ___May___, 2018.

_____
HONORABLE SARAH S. VANCE
UNITED STATES DISTRICT COURT