UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALANA CAIN, ET AL. | ) | CIVIL ACTION NO. 15-4479 |
| | ) | |
| | ) | (CLASS ACTION) |
| V. | ) | |
| | ) | JUDGE VANCE |
| THE CITY OF NEW ORLEANS, ET AL. | ) | |
| | ) | MAGISTRATE WILKINSON |

## NOTICE OF APPEAL

**TO:**   Alec Karakatsanis
Civil Rights Corps
910 17th Street NW, Suite 200
Washington, DC  20006

William P. Quigley
7214 St. Charles Avenue
Campus Box 902
New Orleans, LA  70118

Anna Lellelid-Douffet
P. O. Box 19388
New Orleans, LA  70179

Jon Greenbaum
Mateya Kelley
Lawyers' Committee for Civil Rights Under Law
1401 New York Ave NW, Suite 400
Washington, DC  20005

Jonathan P. Guy
David P. Fuad
Orrick, Herrington & Sutcliffe, LLP
1152 15th Street, NW
Washington, DC  20005-1706

Honorable Sarah S. Vance
Judge, Section R
United States District Court for the Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Room C255
New Orleans, LA  70130

{00800629 - v1}

**PLEASE TAKE NOTICE** that defendants, Honorable Judge Laurie White, Honorable Judge Tracey Flemings-Davillier, Honorable Judge Benedict Willard, Honorable Judge Keva Landrum-Johnson, Honorable Judge Robin Pittman, Honorable Judge Byron Williams, Honorable Judge Camille Buras, Honorable Judge Karen Herman, Honorable Judge Daryl Derbigny, Honorable Judge Arthur Hunter, Honorable Judge Franz Ziblich, and Magistrate Judge Harry Cantrell, hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's Declaratory Judgment (Doc. 319) dated August 3, 2018, said appeal to include the following interlocutory Orders and Reasons issued by the Court prior to entry of the Declaratory Judgment:

1. Doc. 109—Order and Reasons dated April 21, 2016;
2. Doc. 111—Order and Reasons dated April 22, 2016;
3. Doc. 119—Order and Reasons dated May 3, 2016;
4. Doc. 124—Order and Reasons dated May 11, 2016;
5. Doc. 136—Order and Reasons dated May 23, 2016;
6. Doc. 279—Order and Reasons dated December 13, 2017.
7. Doc. 318—Order and Reasons dated August 2, 2018.

Respectfully submitted,

/s/ Dennis J. Phayer

Dennis J. Phayer (#10408) (T.A.)
dphayer@burglass.com
Erika M. Cunningham (#31890)
ecunningham@burglass.com
Burglass and Tankersley, LLC
5213 Airline Drive
Metairie, LA 70001
Tel: (504) 836-0412
Fax: (504) 287-0452

{00800629 - v1}

{00800629 - v1}

*Attorneys for:* Honorable Judge Laurie A. White, Honorable Judge Tracey Flemings-Davillier, Honorable Judge Benedict Willard, Honorable Judge Keva Landrum-Johnson, Honorable Judge Robin Pittman, Honorable Judge Byron Williams, Honorable Judge Camille Buras, Honorable Judge Karen Herman, Honorable Judge Darryl Derbigny, Honorable Judge Arthur Hunter, Honorable Judge Franz Zibilich, and Magistrate Judge Harry Cantrell

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August, a copy of the foregoing pleading has been forwarded to all counsel of record via CM/ECF filing through the United States District Court system, email and/or United States Mail.

/s/ Dennis J. Phayer
_____