IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALANA CAIN, et al.,<br><br>      Plaintiffs,<br>v.<br><br>CITY OF NEW ORLEANS, et al.,<br><br>      Defendants. | Case No. 2:15-4479-SSV, consolidated with No. 2:16-14439-SSV<br><br>Reference: No. 2:15-4479-SSV<br><br>(Class Action)<br>Judge Sarah S. Vance, Sec. R(2)<br>Mag. Judge Joseph C. Wilkinson, Div. 2 |

### MOTION FOR SUPPLEMENTAL RELIEF

**NOW INTO COURT COME** Plaintiffs through undersigned counsel who move for supplemental relief pursuant to 28 U.S.C. § 2202 to clarify this Court's declaratory judgment (Doc. 319). For the reasons set forth in the accompanying memorandum, Plaintiffs respectfully submit that a more specific declaratory judgment is appropriate and ask this Court to decree it unconstitutional for any Orleans Parish Criminal District Court debtor to be imprisoned for willful nonpayment absent (1) a meaningful inquiry into the debtor's ability to pay, preceded by notice of the importance of that issue and including an opportunity for the debtor to be heard on it, and (2) a finding that the debtor is able to pay.

Dated: February 25, 2019    Respectfully submitted,

                /s/ Alec Karakatsanis
                _____
                Alec Karakatsanis (D.C. Bar No. 999294)
                (Appearing *Pro Hac Vice*)
                Marco A. Lopez (CA Bar No. 316245)
                (*Pro Hac Vice* Motion Forthcoming)
                Civil Rights Corps
                910 17th Street, N.W., Suite 200
                Washington, DC 20006
                (202) 681-2409
                alec@civilrightscorps.org

*/s/ Anna Lellelid*

Anna Lellelid-Douffet (La Bar No. 35204)
PO Box 19388
New Orleans, LA 70179
(504) 224-9670 (c)
lellelid.law@gmail.com

*/s/ Bill Quigley*

William P. Quigley (La Bar No. 7769)
7214 St. Charles Ave.
Campus Box 902
New Orleans, LA 70118
(504) 710-3074 (c)
quigley77@gmail.com

*/s/ Jon Greenbaum*

Jon Greenbaum (D.C. Bar No. 489887)
(Appearing *Pro Hac Vice*)
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
(202) 662-8315
jgreenbaum@lawyerscommittee.org

*/s/ Jonathan P. Guy*
*/s/ David P. Fuad*

Jonathan P. Guy (D.C. Bar No. 449031)
David P. Fuad (CA Bar No. 265193)
(Appearing *Pro Hac Vice*)
Orrick, Herrington & Sutcliffe, LLP
1152 15th Street, N.W.
Washington, D.C. 20005-1706
(202) 339-8516
jguy@orrick.com
dfuad@orrick.com

*Attorneys for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 25, 2019, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                          */s/David P. Fuad*