# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-30955

D.C. Docket No. 2:15-CV-4479

United States Court of Appeals
Fifth Circuit

**FILED**
August 23, 2019

Lyle W. Cayce
Clerk

ALANA CAIN; ASHTON BROWN; REYNAUD VARISTE; REYNAJIA VARISTE; THADDEUS LONG; VANESSA MAXWELL,

      Plaintiffs - Appellees

v.

LAURIE A. WHITE, Judge Section A of the Orleans Parish Criminal District Court; TRACEY FLEMINGS-DAVILLIER, Judge Section B of the Orleans Parish Criminal District Court; BENEDICT WILLARD, Judge Section C of the Orleans Parish Criminal District Court; KEVA LANDRUM-JOHNSON, Judge Section E of the Orleans Parish Criminal District Court; ROBIN PITTMAN, Judge Section F of the Orleans Parish Criminal District Court; BYRON C. WILLIAMS, Judge Section G of the Orleans Parish Criminal District Court; CAMILLE BURAS, Judge Section H of the Orleans Parish Criminal District Court; KAREN K. HERMAN, Judge Section I of the Orleans Parish Criminal District Court; DARRYL DERBIGNY, Judge Section J of the Orleans Parish Criminal District Court; ARTHUR HUNTER, Judge Section K of the Orleans Parish Criminal District Court; FRANZ ZIBILICH, Judge Section L of the Orleans Parish Criminal District Court; HARRY E. CANTRELL, Magistrate Judge of the Orleans Parish Criminal District Court,

      Defendants - Appellants

Appeal from the United States District Court for the
Eastern District of Louisiana

Before HAYNES, GRAVES, and HO, Circuit Judges.

# J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that defendants-appellants pay to plaintiffs-appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued as the mandate on **Oct 08, 2019**

Attest:

**Clerk, U.S. Court of Appeals, Fifth Circuit**