# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 08, 2019

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

  No. 18-30955   Alana Cain, et al v. New Orleans City, et al
          USDC No. 2:15-CV-4479

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Debbie T. Graham, Deputy Clerk

cc:
    Ms. Kelsi Brown Corkran
    Ms. Mindy Nunez Duffourc
    Mr. Ethan P. Fallon
    Mr. Jon Marshall Greenbaum
    Mr. Jonathan P. Guy
    Mr. Alec George Karakatsanis
    Mr. Dennis J. Phayer
    Mr. William P. Quigley
    Mr. Jeff Rowes
    Ms. Rachel Gabriella Shalev