

Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

+1 415 773 5700
**orrick.com**

January 30, 2020

Kathryn G. Mantoan

**E**  kmantoan@orrick.com
**D**  +1 415 773 5887
**F**  +1 415 773 5759

The Honorable Sarah S. Vance
United States District Court
Eastern District of Louisiana
500 Poydras Street
Section R, Courtroom C255
New Orleans, LA 70130

Re:   *Cain, et al. v. City of New Orleans, et al.*; Case No. 15-cv-4479
      Request for Status Conference

Dear Judge Vance:

Plaintiffs Alana Cain, *et al.*, by and through the undersigned counsel, respectfully request a status conference in the above-referenced case.

On February 25, 2019, Plaintiffs filed a motion for supplemental relief, accompanied by new evidence that sheds light on the extent to which Defendants are complying with this Court's judgment. Doc. 331. Specifically, Plaintiffs requested that this Court supplement or clarify the existing declaratory judgment to make clear that it is unconstitutional for any Orleans Parish Criminal District Court debtor to be imprisoned for willful nonpayment absent both (1) a meaningful inquiry into the debtor's ability to pay, preceded by notice of the importance of that issue and including an opportunity for the debtor to be heard on it, and (2) a finding that the debtor is able to pay. Plaintiffs sought this relief given evidence that Defendants were not consistently providing the constitutionally required pre-hearing notice, which had the effect of depriving debtors of the constitutionally required opportunity to be heard prior to imprisonment for nonpayment. Defendants opposed that motion, and this Court permitted and received Plaintiffs' reply. *See* Docs. 336, 340, 341.[1]

/ / /

/ / /

/ / /

---

[1] As Plaintiffs argued in their motion for supplemental relief, this Court retained jurisdiction to issue the requested relief even during the pendency of Defendants' appeal. *See* Doc. 331-1 at 4-5 (citing *United Teacher Assocs. Ins. Co. v. Union Labor Life Ins. Co.*, 414 F.3d 558, 572 (5th Cir. 2005)). In any event, the Fifth Circuit's order affirming this Court's judgment and the accompanying mandate were filed in this Court on October 8, 2019 (DE 343), such that there can be no question now as to this Court's jurisdiction.

4156-7332-8161.2



The Honorable Sarah S. Vance
January 30, 2020
Page 2

Plaintiffs respectfully request that the Court convene a status conference to set a schedule for determination of that motion, as well as whether any further discovery into Defendants' compliance with this Court's judgment is appropriate.

Very truly yours,

*/s/ Kathryn G. Mantoan*

Kathryn G. Mantoan

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2020, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ Kathryn G. Mantoan

4156-7332-8161.2