UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALANA CAIN, ET AL.                              CIVIL ACTION

VERSUS                                              NO. 15-4479

CITY OF NEW ORLEANS, ET AL.            SECTION "R" (2)


## ORDER

The Court has received a motion[1] from plaintiffs to set a status conference in order to establish a schedule for determining plaintiffs' motion for supplemental relief.[2]  The Court denies the motion for a status conference, but orders the parties to submit additional briefing on the Court's jurisdiction to rule on the motion for supplemental relief.

Plaintiffs submitted a motion for supplemental relief, requesting that the Court clarify its declaratory judgment.[3]  Defendants responded in opposition.[4]  And the Court granted plaintiffs leave to file a reply.[5]  The parties, therefore, have fully briefed the matter.  As such, a status conference

---

[1]     R. Doc. 345.
[2]     R. Doc. 331.
[3]     *See* R. Doc. 331 at 1.
[4]     R. Doc. 336.
[5]     *See* R. Doc. 340; R. Doc. 341.

to discuss scheduling is unnecessary. The Court will decide the motion in due course.

That said, after plaintiffs submitted their motion, the Fifth Circuit ruled on defendants' appeal that had been pending. *See Cain v. White*, 937 F.3d 446 (5th Cir. 2019). And a petition for a writ of certiorari has now been docketed before the Supreme Court.[6] The Court therefore instructs the parties to brief simultaneously by February 21, 2020, whether the Court has jurisdiction to decide the motion for supplemental relief in light of the pending petition for a writ of certiorari.

In sum, the Court DENIES the request for a status conference, but ORDERS the parties to brief by February 21, 2020, whether the Court has jurisdiction to decide the motion for supplemental relief.

New Orleans, Louisiana, this ___7th___ day of February, 2020.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[6]      Petition for Writ of Cert., *White v. Cain* (No. 19-822); *see also* Supreme Ct. Notice of Petition for Writ of Cert., *Cain v. White*, No. 18-30955 (5th Cir. Jan. 3, 2020).